# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWIN KUCKLA, | ) | 2:10-cv-00483-HDM-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BARBARA HOAGLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The clerk of the court having distributed the funds on deposit in this action, and pursuant to the parties' stipulation (#41) and the court's order thereon (#42), this action is hereby dismissed with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

DATED: This 17th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE